IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLIE SHANNON BRADLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:06cv391-VPM<br>(WO) |

**MEMORANDUM OPINION AND ORDER**

On November 14, 2006, the defendant filed a motion to remand pursuant to sentence four of 42 U.S.C. § 405(g).  *See* Doc. # 16.  The plaintiff has not objected to the motion to remand.  In addition, pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. Accordingly, it is

ORDERED that the defendant's motion to remand (Doc. #16) be and is hereby GRANTED.  It is further

ORDERED AND ADJUDGED that the decision of the Commissioner be and is hereby REVERSED and this case be and is hereby REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Done this 29th day of November, 2006.

           /s/Wallace Capel, Jr.
WALLACE CAPEL
UNITED STATES MAGISTRATE JUDGE